**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| EMMA DUNCAN, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 1:17-cv-00898-MHC-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY WOODS SENIOR LIVING, | ) | |
| INC. | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Wesley Woods Senior Living, Inc. ("Defendant" or "Wesley Woods") files its Motion to Dismiss. Defendant files the following documents in support of this motion:

1. Defendant's Memorandum in Support;
2. Exhibit 1 – Plaintiff's December 3, 2015 EEOC Charge;

For the reasons set forth in the Memorandum in Support, dismissal is required of Plaintiff's Complaint.

## FONT CERTIFICATION

Pursuant to L.R. 7.1D, N.D. Ga., undersigned counsel for Defendant hereby certifies that the foregoing Motion and its supporting papers were prepared using Times New Roman (14 point), as approved by L.R. 5.1B, N.D. Ga.

*/s/Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
Georgia Bar No. 183411

F. Kytle Frye, III
Georgia Bar No. 278800
kfrye@fisherphillips.com

FISHER & PHILLIPS LLP
1075 Peachtree Street NE
Suite 3500
Atlanta, GA 30309
Tel: 404-231-1400
tboehm@fisherphillips.com
kfrye@fisherphillips.com

ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| EMMA DUNCAN, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 1:17-cv-00898-MHC-JSA |
| | ) | |
| v. | ) | |
| | ) | |
| WESLEY WOODS SENIOR LIVING, | ) | |
| INC. | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

CERTIFICATE OF SERVICE

I certify that, on the 12th day of May, 2017, a true copy of Defendant's Motion to Dismiss was electronically filed with the Clerk of Court and served via the Court's CM/ECF system, to counsel of record, as follows:

Dorey N. Cole
Cole Law Group, LLC
1401 Peachtree Street N.E, Suite 500
Atlanta, Georgia 30309
dorey@colelawgroup.com

*/s/Edward N. Boehm, Jr.*
Edward N. Boehm, Jr.
GA Bar No. 183411