**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EMMA DUNCAN,<br>Plaintiff,<br>vs.<br>WESLEY WOODS SENIOR LIVING, INC.,<br>Defendant. | CIVIL ACTION FILE<br>NO. 1:17-cv-898-MHC |

## JUDGMENT

This action having come before the court, the Honorable Mark H. Cohen, United States District Judge, on the Report and Recommendation that recommends granting Defendant's Motion to Dismiss, and the court having adopted the Recommendation, it is

**Ordered and Adjudged** that the defendant recover its costs of this action, and this action be **DISMISSED**.

Dated at Atlanta, Georgia, this 18th day of July, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: s/Jill Ayers
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 18, 2017
James N. Hatten
Clerk of Court

By: s/Jill Ayers
Deputy Clerk